Lucile R. Kovac, Appellee, v. Joseph A. Kovac, Appellant.

Gen. No. 11,137.

Second District, First Division.
April 3, 1958.
Rehearing denied June 11, 1958.
Released for publication June 11, 1958.

Adams & Wellman (Walter C. Wellman, of counsel) for appellant; Eckert & Caldwell, and William J. Gleason (William I. Caldwell, and William J. Gleason, of counsel) for appellee. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.